WILLIAM J. TRINKLE, SBN 102280
WENDY A. WALKER, SBN 295877
KAELA M. HAYDU, SBN 319112
**YOUNG, MINNEY & CORR, LLP**
655 University Ave. Suite 150
Sacramento, CA 95825
Telephone:   (916) 646-1400
Facsimile:   (916) 646-1300
E-mail:      wjtrinkle@ymclegal.com
             wwalker@ymclegal.com
             khaydu@ymclegal.com

*Attorneys for Defendant,*
SAINT MARY'S COLLEGE OF CALIFORNIA

LAWRENCE A. ORGAN, SBN 175503
JULIANNE K. STANFORD, SBN 290001
EMILY G. KOHLHEIM, SBN 342737
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, CA 94960
Telephone:   (415) 453-4740
Facsimile:   (415) 785-7352
E-mail:      larry@civilrightsca.com
             julianne@civilrightsca.com
             emily@civilrightsca.com

*Attorneys for Plaintiff,*
LINA RAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINA RAK, | CASE NO.: 3:22-cv-7856 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL DISCLOSURE DEADLINES** |
| v. | |
| SAINT MARY'S COLLEGE OF CALIFORNIA; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1  It is stipulated by and between Plaintiff LINA RAK (Rak") and Defendant SAINT MARY'S COLLEGE OF CALIFORNIA ("St. Mary's) (collectively, the "Parties") as follows:

WHEREAS, Rak filed this action against St. Mary's on September 30, 2023 in the Contra Costa County Superior Court;

WHEREAS, St. Mary's filed a Notice of Removal to Federal Court on December 9, 2022;

WHEREAS, St. Mary's filed its Answer on December 9, 2022;

WHEREAS, the Parties entered into a stipulation to continue the Initial Case Management Conference to April 2023;

WHEREAS, the Court granted the parties' stipulation and scheduled a Case Management Conference for April 28, 2023;

WHEREAS, the Parties' Initial Disclosures pursuant to FRCP Rule 26(a)(1) are currently due on April 21, 2023;

WHEREAS, the Parties have agreed to postponing Initial Disclosures until the Parties have had sufficient time to investigate the issues and file meaningful Initial Disclosures;

WHEREAS, Parties have agreed to serve their Initial Disclosures on or before May 1, 2023;

NOW THEREFORE, IT IS HEREBY STIPULATED, between the Parties, to respectfully request the Court set the last date for the Parties to serve Initial Disclosures pursuant to FRCP Rule 26(a)(1), be continued until May 1, 2023.

**IT IS SO STIPULATED.**

Dated:  April 21, 2023         **YOUNG, MINNEY & CORR, LLP**

By: _____/s/_____
WENDY A. WALKER, ESQ.
*Attorney for Defendant,*
SAINT MARY'S COLLEGE OF CALIFORNIA

Dated:  April 21, 2023         **CALIFORNIA CIVIL RIGHTS LAW GROUP**

By: _____/s/_____
EMILY KOHLHEIM, ESQ.
*Attorney for Plaintiff,*
LINA RAK

# [PROPOSED] ORDER

For good cause shown, the above Stipulation is adopted as follows:

The last date for the Parties to serve Initial Disclosures pursuant to FRCP Rule 26(a)(1) is hereby continued until May 1, 2023.

**IT IS SO ORDERED.**

Date: April 25, 2023

JUDGE JOSEPH C. SPERO
MAGISTRATE JUDGE OF THE UNITED STATES
DISTRICT COURT – NORTHERN DISTRICT

YOUNG, MINNEY
& CORR, LLP
655 UNIVERSITY AVENUE,
SUITE 150
SACRAMENTO, CA 95825

-3-
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL DISCLOSURE DEADLINE