1  PAUL C. MINNEY, SBN 166989
   WILLIAM J. TRINKLE, SBN 102280
2  WENDY A. WALKER, SBN 295877
   KAELA M. HAYDU, SBN 319112
3  **YOUNG, MINNEY & CORR, LLP**
   655 University Ave. Suite 150
4  Sacramento, CA 95825
   Telephone:   (916) 646-1400
5  Facsimile:   (916) 646-1300
   E-mail:      pminney@ymclegal.com
6               wjtrinkle@ymclegal.com
                wwalker@ymclegal.com
7               khaydu@ymclegal.com

8  *Attorneys for Defendant,*
   SAINT MARY'S COLLEGE OF CALIFORNIA
9

10 LAWRENCE A. ORGAN, SBN 175503
   JULIANNE K. STANFORD, SBN 290001
11 EMILY G. KOHLHEIM, SBN 342737
   **CALIFORNIA CIVIL RIGHTS LAW GROUP**
12 332 San Anselmo Avenue
   San Anselmo, CA 94960
13 Telephone:   (415) 453-4740
   Facsimile:   (415) 785-7352
14 E-mail:      larry@civilrightsca.com
                julianne@civilrightsca.com
15              emily@civilrightsca.com

16 *Attorneys for Plaintiff,*
   LINA RAK

17

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20

21 | LINA RAK,                              ) | CASE NO.: 3:22-cv-7856
   |                                        ) |
22 |         Plaintiff,                     ) | **JOINT LETTER REGARDING**
   |                                        ) | **PRIVATE MEDIATION**
23 |    v.                                  ) |
   |                                        ) |
24 | SAINT MARY'S COLLEGE OF CALIFORNIA;    ) |
   | and DOES 1 through 10, inclusive,      ) |
25 |                                        ) |
   |         Defendants.                    ) |
26 |                                        ) |
   |                                        ) |
27 |                                        ) |
   |                                        ) |
28 |_____) |

Pursuant to the Court's order on May 1, 2023, Plaintiff LINA RAK and Defendant SAINT MARY'S COLLEGE OF CALIFORNIA (collectively, the "Parties") hereby submit this joint letter regarding their ADR plan. The Parties have agreed to private mediation before Hon. Bonnie Sabraw (Ret.) on July 25, 2023.

Respectfully submitted,

Dated: May 5, 2023      SAINT MARY'S COLLEGE OF CALIFORNIA

By: /s/ Wendy A. Walker
WENDY A. WALKER, ESQ.
(AS AUTHORIZED ON MAY 5, 2023)
*Attorney for Defendant,*
SAINT MARY'S COLLEGE OF CALIFORNIA

Dated: May 5, 2023      CALIFORNIA CIVIL RIGHTS LAW GROUP

By: /s/ Emily Kohlheim
EMILY KOHLHEIM, ESQ.
*Attorney for Plaintiff,*
LINA RAK