Lawrence A. Organ (State Bar No. 175503)
Julianne K. Stanford (State Bar No. 290001)
Kira Brekke (SBN 339757)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:  (415) 453-4740
Facsimile:  (415) 785-7352
E-mail:  larry@civilrightsca.com
E-mail:  julianne@civilrightsca.com
E-mail:  emily@civilrightsca.com

Attorneys for Plaintiff
LINA RAK

Paul C. Minney (State Bar No. 166989)
William J. Trinkle (State Bar No. 102280)
Wendy A. Walker (State Bar No. 295877)
Kaela M. Haydu (State Bar No. 319112)
YOUNG, MINNEY & CORR, LLP
655 University Avenue, Suite 150
Sacramento, California 95825
Telephone:  (916)-646-1400
Facsimile:  (916)-646-1300
E-mail:  pminney@ymclegal.com
E-mail:  wjtrinkle@ymclegal.com
E-mail:  wwalker@ymclegal.com
E-Mail:  khaydu@ymclegal.com

Attorneys for Defendant
SAINT MARY'S COLLEGE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINA RAK,<br><br>          Plaintiff,<br><br>     v.<br><br>SAINT MARY'S COLLEGE OF CALIFORNIA; and<br>DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 3:22-cv-7856<br><br>**STIPULATED REQUEST FOR DISMISSAL**<br><br>Judge:      Joseph C. Spero<br><br>Complaint Filed:  September 30, 2022<br>Trial Date:           August 12, 2024 |

1

Plaintiff LINA RAK ("Plaintiff") and Defendant SAINT MARY'S COLLEGE OF CALIFORNIA ("Defendant") (collectively "the Parties"), in consideration of an executed agreement release of claims, hereby jointly request this Court dismiss this action in its entirety with each party to bear its own attorney's fees and costs.

Dated: August 31, 2023   CALIFORNIA CIVIL RIGHTS LAW GROUP

By: /s/ Julianne Stanford
Lawrence A. Organ
Julianne K. Stanford
Kira Brekke
Attorneys for Plaintiff
LINA RAK

Dated:   YOUNG, MINNEY & CORR, LLP

By: /s/William Trinkle
Paul C. Minney
William J. Trinkle
Wendy A. Walker
Kaela M. Haydu
Attorneys for Defendant
SAINT MARY'S COLLEGE OF CALIFORNIA

Dated: September 15, 2023

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA