✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern District | **District of** | California |

| | |
|---|---|
| LINA RAK | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| SAINT MARY'S COLLEGE OF CALIFORNIA | CASE NUMBER: 3:22 - CV - 7856 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, **SAINT MARY'S COLLEGE OF CALIFORNIA** substitutes
(Party (s) Name)

**WILLIAM J. TRINKLE**, State Bar No. **102280** as counsel of record in
(Name of New Attorney)

place of **WENDY A. WALKER**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Young, Minney & Corr., LLP |
| Address: | 655 University Ave. Suite 150, Sacramento, CA 95825 |
| Telephone: | (916) 646-1400     Facsimile  (916) 646-1300 |
| E-Mail (Optional): | |

I consent to the above substitution.
Date: 9/21/2023

*Sandra Kim*
(Signature of Party (s))     Saint Mary's College Of California

I consent to being substituted.
Date: September 14, 2023

*Wendy Walker*
(Signature of Former Attorney (s))     Wendy A. Walker

I consent to the above substitution.
Date: September 14, 2023

*William J. Trinkle*
(Signature of New Attorney)     William J. Trinkle

The substitution of attorney is hereby approved and so ORDERED.

Date: September 22, 2023

Joseph C. Spero, U.S. Magistrate Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**